

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2023

**BY CM/ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Application GRANTED.  On motion of defense counsel and with the Government's consent, this Court adjourned the initial conference from November 1, 2023 to **November 7, 2023 at 12:30 p.m.**  Speedy trial time is excluded under 18 U.S.C. § 3161(h)(7)(A) until November 7, 2023.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for the parties to review discovery materials and allow defense counsel an opportunity to evaluate potential motion practice.
>
> SO ORDERED.
>
> Dated: November 2, 2023
> New York, New York
>
> _____
> JENNIFER L. ROCHON
> United States District Judge

Re:   *United States v. Humberto Beltran Cuen*, S2 23 Cr. 136 (JLR)

Dear Judge Rochon:

The Government respectfully writes, with defense counsel's consent, regarding the date for an initial status conference in this case. On October 31, 2023, the defendant was presented and arraigned before Judge Stein. (D.E. 17.) Based on communications with Chambers, the parties understand that the Court is available for an initial status conference on Tuesday, November 7, 2023 at 12:30 p.m.

The Government also respectfully requests that the Court exclude time until November 7, 2023 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the application. The proposed exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it would allow the Government to begin the production of discovery and allow defense counsel an opportunity to review that discovery and evaluate potential motion practice.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

   by: _____/s/_____
       Nicholas S. Bradley / Sarah L. Kushner /
       Alexander Li / David J. Robles
       Assistant United States Attorneys
       (212) 637-2676/-1581/-2265/-2550

cc:   Lorraine Gauli-Rufo, Esq. (by CM/ECF)